# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YOLANDA KING** | **CIVIL ACTION** |
| **VERSUS** | **NO: 23-975** |
| **STATE OF CALIFORNIA ET AL.** | **SECTION "H"** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, the Magistrate Judge's Supplemental Report and Recommendation, and Plaintiff's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation and adopts them as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint against the Defendant-States be **DISMISSED WITHOUT PREJUDICE**, and Plaintiff's Amended Complaint against former President Donald Trump and current President Joseph Biden be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this 31st day of July, 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**